

# M E M O R A N D U M

DISTRICT OF NEW JERSEY

---

**To:**  Honorable William H. Walls

**cc:**  Lisa Mack, Assistant Federal Public Defender
Lee Vartan, Assistant United States Attorney

**From:**  Erika DiPalma, U.S. Pretrial Services Officer

**Re:**  Petition for Action

**Date:**  January 7, 2009


Attached is a Petition for Action on Conditions of Pretrial Release recommending that Your Honor order the following:

☐ A warrant shall issue for the defendant's arrest due to violation of the conditions of pretrial release. In the interest of safety, this Petition for Action shall <u>be sealed</u> until such time as the warrant is executed and upon further order of the Court.

X  The conditions of release shall be amended as indicated in the attached Petition for Action.

☐ A hearing shall be scheduled to address the violation of the conditions of pretrial release.


Thank you for Your Honor's attention to this matter.

PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **James Holloman**                                         Docket No. 08- 00416

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Erika DiPalma** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **James Holloman**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo** sitting in the Court at Newark, New Jersey on September 14, 2007 under the following conditions:

$50,000 Unsecured Appearance Bond - cosigned by James Holloman, Jr.

1. Pretrial Services supervision as directed.
2. Travel restrictions to New Jersey or as authorized by Pretrial Services.
3. Surrender Virginia Firearms Ids, all firearms, and ammunition

The defendant has Plead Guilty and does not yet have a sentencing date.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

The defendant is scheduled to be sentenced before Your Honor on March 18, 2009 at 10:00 am.

**PRAYING THAT THE COURT WILL ORDER: Mental Health treatment as deemed appropriate by Pretrial Services**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __13__ day of __January 2009__ and ordered filed and made a part of the records in the above case.<br><br>_____<br>Honorable William H. Walls<br>United States District Judge | Executed on   January 7, 2009<br><br>_____<br>Erika DiPalma<br>United States Pretrial Services |

# Do Not File in CM-ECF

Note: The following information is presented to the Court for consideration to modify conditions of release. It may contain confidential information that is protected by Title 18 USC 3153(c)(1). It should not be distributed to third parties or be placed into the electronic case filing system.

---

## ADDENDUM TO PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

*Respectfully presenting petition for action of Court and for cause as follows:*

The defendant has voiced depression and stress due to his federal case and other stressors at home. He has requested that Pretrial Services help him find a treatment program to address his depression. Pretrial Services is requesting the added condition of Mental Health Treatment as deemed necessary by Pretrial Services so we can better assist the defendant with his need of counseling.

Assistant United States Attorney, Lee Vartan and Assistant Federal Public Defender, Lisa Mack, do not object to this request.